| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Brett, Dean R. | 2. Court or Organization<br><br>U.S. District Court, W.D., WA | 3. Date of Report<br><br>09/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Part-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Dean R. Brett
1310 10th St, Suite 104
Bellingham, WA 98225

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Bellingham-Whatcom Public Facilities District, Board of Directors |
| 2. | Partner | Brett, McCandlis Brown |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Brett & Coats 401K Retirement Plan (see Pt VII, Line 1) |
| 2. | 2012 | Brett Murphy 401K Retirement Plan |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Brett, Murphy, Coats, Knapp, McCandlis and Brown, PLLC | $345,081.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brett & Coats PLLC 401K 100% in S&P 500 Index Fund | E | Int./Div. | P1 | T | | | | | |
| 2. 1/6th Interest in Sumiyoshi Apt Building Bellevue, WA King | E | Rent | P1 | W | | | | | |
| 3. US Bank via Trust UA 91-649xxxx | A | Int./Div. | J | T | | | | | |
| 4. Brokerage Accounts Wayc....next 42 items | | | | | | | | | |
| 5. CIGNA | A | Int./Div. | | | Sold | 05/22/14 | J | | |
| 6. Aetna | A | Int./Div. | J | T | Buy | 05/22/14 | J | | |
| 7. Am Elec Power | A | Int./Div. | J | T | Buy | 05/22/14 | J | | |
| 8. Avista | A | Int./Div. | J | T | Buy | 04/21/14 | J | | |
| 9. Ball Corp | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 10. CVS Health | A | Int./Div. | J | T | Buy | 05/02/14 | J | | |
| 11. Computer Sciences Corp | A | Int./Div. | J | T | Buy | 09/05/14 | J | | |
| 12. Cooper Tire | A | Int./Div. | J | T | Buy | 12/04/14 | J | | |
| 13. Dow Chemical | A | Int./Div. | J | T | Buy | 11/11/14 | J | | |
| 14. Hanesbrands | A | Int./Div. | J | T | Buy | 05/14/14 | J | | |
| 15. Icon PLC | A | Int./Div. | J | T | Buy | 08/09/14 | J | | |
| 16. City Natl Corp | A | Int./Div. | | | Sold | 05/15/14 | J | A | |
| 17. Black Hills Corp | A | Int./Div. | | | Sold | 10/01/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kroger | A | Int./Div. | J | T | Buy | 05/14/14 | J | | |
| 19. Magna Intl | A | Int./Div. | J | T | Buy | 11/17/14 | J | | |
| 20. Mallinckrodt Pub | A | Int./Div. | J | T | Buy | 02/28/14 | J | | |
| 21. Mylan Inc | A | Int./Div. | J | T | Buy | 11/07/14 | J | | |
| 22. NXP Semiconductors | A | Int./Div. | J | T | Buy | 09/05/14 | J | | |
| 23. PPG Indust | A | Int./Div. | J | T | Buy | 11/20/14 | J | | |
| 24. Piper Jaffray Cos New | A | Int./Div. | J | T | Buy | 02/27/14 | J | | |
| 25. Principal Financial | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 26. Sanderson Farms | A | Int./Div. | J | T | Buy | 10/07/14 | J | | |
| 27. Shire PLC | A | Int./Div. | J | T | Buy | 11/07/14 | J | | |
| 28. Skechers USA | A | Int./Div. | J | T | Buy | 11/07/14 | J | | |
| 29. SW Airlines | A | Int./Div. | J | T | Buy | 08/22/14 | J | | |
| 30. Spirit Aerosystems | A | Int./Div. | J | T | Buy | 11/07/14 | J | | |
| 31. SunLife | A | Int./Div. | J | T | Buy | 11/07/14 | J | | |
| 32. United Rentals | A | Int./Div. | J | T | Buy | 08/09/14 | J | | |
| 33. Whirlpool | A | Int./Div. | J | T | Buy | 05/06/14 | J | | |
| 34. Oppenheimer Steelpath | A | Int./Div. | J | T | Buy | 12/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T. Rowe Price European | A | Int./Div. | J | T | Buy | 12/19/14 | J | | |
| 36. SPDR S&P 500 | A | Int./Div. | J | T | Buy | 06/17/14 | J | | |
| 37. Trinity Indust | A | Int./Div. | | | Sold | 10/08/14 | J | A | |
| 38. Union Pac Corp | A | Int./Div. | J | T | | | | | |
| 39. Westinghouse Airbrake Tech | A | Int./Div. | | | Sold | 01/03/14 | J | A | |
| 40. CBS | A | Int./Div. | | | Sold | 03/07/14 | J | A | |
| 41. PPG Industries | A | Int./Div. | J | T | | | | | |
| 42. Tractor Supply Co | A | Int./Div. | | | Sold | 01/03/14 | J | A | |
| 43. CF Holdings | A | Int./Div. | | | Sold | 01/03/14 | J | A | |
| 44. Discover Financial Svcs | A | Int./Div. | | | Sold | 01/03/14 | J | A | |
| 45. Vanguard Sm Cap Index | A | Int./Div. | J | T | | | | | |
| 46. Schwab Advisor Cash Reserves Sweep Shares | A | Int./Div. | J | T | | | | | |
| 47. IRA @ Merrill Lynch next 12 items | | | | | | | | | |
| 48. ACCO Brands | A | Int./Div. | J | T | | | | | |
| 49. Intel | A | Int./Div. | J | T | | | | | |
| 50. Kellogg Co. | A | Int./Div. | J | T | | | | | |
| 51. MEADWESTVACO | A | Int./Div. | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Frontier Communications | A | Int./Div. | J | T | | | | | |
| 53. ML Ret. Reserves CL 1 | A | Int./Div. | J | T | | | | | |
| 54. Clorox | A | Int./Div. | J | T | | | | | |
| 55. Colonial Prop. | A | Int./Div. | J | T | | | | | |
| 56. GE | A | Int./Div. | J | T | | | | | |
| 57. Healthcare Inc | A | Int./Div. | J | T | | | | | |
| 58. Hersheys | A | Int./Div. | J | T | | | | | |
| 59. Verizon | A | Int./Div. | J | T | | | | | |
| 60. Lumen IQ Common | | None | | | Closed | 06/02/14 | J | A | |
| 61. Lifetime Trust next 74 items | | | | | | | | | |
| 62. Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 63. Expeditors Intl Wash | A | Int./Div. | J | T | | | | | |
| 64. HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 65. QUALCOM | A | Int./Div. | J | T | | | | | |
| 66. ISHARES MSCI CDA IDX FD Et Al | A | Int./Div. | J | T | | | | | |
| 67. S A P AF ADR | A | Int./Div. | J | T | | | | | |
| 68. SECTOR SPDR MATERIALS FD | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SNAP ON INC | A | Int./Div. | J | T | | | | | |
| 70. Walt Disney | A | Int./Div. | J | T | | | | | |
| 71. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 72. Blackrock Inc | A | Int./Div. | J | T | | | | | |
| 73. Molex Inc | A | Int./Div. | J | T | | | | | |
| 74. Nextera Energy | A | Int./Div. | J | T | | | | | |
| 75. Norfolk Southern | A | Int./Div. | J | T | | | | | |
| 76. Plum Cr Timber | A | Int./Div. | J | T | | | | | |
| 77. Germany Index Fd | A | Int./Div. | J | T | | | | | |
| 78. Japan Index Fd | A | Int./Div. | J | T | | | | | |
| 79. Waste Mgmt | A | Int./Div. | J | T | | | | | |
| 80. RBC Bearing | A | Int./Div. | J | T | | | | | |
| 81. Chas. Schwab Muni Money Fund | B | Int./Div. | L | T | | | | | |
| 82. Schwab Sm Cap Index Fd | A | Int./Div. | J | T | | | | | |
| 83. Berkshire Hathaway CL B | A | Int./Div. | J | T | | | | | |
| 84. Coca Cola | A | Int./Div. | J | T | | | | | |
| 85. Abbott Labs | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Conoco Phillips 66 | A | Int./Div. | J | T | | | | | |
| 87. Costco Whsle Corp | A | Int./Div. | J | T | | | | | |
| 88. Cenovus Energy Inc | A | Int./Div. | J | T | | | | | |
| 89. Emerson Elec | A | Int./Div. | J | T | | | | | |
| 90. GE | A | Int./Div. | J | T | | | | | |
| 91. Hewlett Packard | A | Int./Div. | J | T | | | | | |
| 92. Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 93. Kimberly-Clark | A | Int./Div. | J | T | | | | | |
| 94. Microsoft | A | Int./Div. | J | T | | | | | |
| 95. Paccar | A | Int./Div. | J | T | | | | | |
| 96. Pepsico | A | Int./Div. | J | T | | | | | |
| 97. Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 98. Royal Dutch Shell ADR | A | Int./Div. | J | T | | | | | |
| 99. Schlumberger LTD | A | Int./Div. | J | T | | | | | |
| 100. ABB Ltd ADR | A | Int./Div. | J | T | | | | | |
| 101. UPS | A | Int./Div. | J | T | | | | | |
| 102. Walgreen Co. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Washington Federal Inc | A | Int./Div. | J | T | | | | | |
| 104. Scwab Int'l Index Fund | A | Int./Div. | J | T | | | | | |
| 105. Canon | A | Int./Div. | J | T | | | | | |
| 106. Cisco | A | Int./Div. | J | T | | | | | |
| 107. EMC COrp | A | Int./Div. | J | T | | | | | |
| 108. Exxon-Mobil | A | Int./Div. | J | T | | | | | |
| 109. GlaxoSmithKline | A | Int./Div. | J | T | | | | | |
| 110. Intel | A | Int./Div. | J | T | | | | | |
| 111. Novo Nordisk | A | Int./Div. | J | T | | | | | |
| 112. Statoil ASA ADR | A | Int./Div. | J | T | | | | | |
| 113. Stryker | A | Int./Div. | J | T | | | | | |
| 114. Ishares MSCI Aust IDX Fd | A | Int./Div. | J | T | | | | | |
| 115. 3M | A | Int./Div. | J | T | | | | | |
| 116. ISHARES Switzerland Index Fund | A | Int./Div. | J | T | | | | | |
| 117. Harris Corp | A | Int./Div. | J | T | | | | | |
| 118. Chevron | A | Int./Div. | J | T | | | | | |
| 119. Cons Edison | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Auto Data Processing | A | Int./Div. | J | T | | | | | |
| 121. United Tech | A | Int./Div. | J | T | | | | | |
| 122. MATTEL INC | A | Int./Div. | J | T | | | J | | |
| 123. Starbucks | A | Int./Div. | J | T | | | | | |
| 124. Encana Corp | A | Int./Div. | J | T | | | | | |
| 125. The Southern Co | A | Int./Div. | J | T | | | | | |
| 126. Total SA ADR F | A | Int./Div. | J | T | | | | | |
| 127. Medtronic | A | Int./Div. | J | T | | | | | |
| 128. Occidental Pete | A | Int./Div. | J | T | | | | | |
| 129. Deere & Co | A | Int./Div. | J | T | | | | | |
| 130. Ishares NASDAQ Bio Fd | A | Int./Div. | J | T | | | | | |
| 131. Danaher Corp | A | Int./Div. | J | T | | | | | |
| 132. Schwab 1000 Index Fd | A | Int./Div. | J | T | | | | | |
| 133. Apple Inc | A | Int./Div. | J | T | | | | | |
| 134. Air Prod. & Chem. Inc | A | Int./Div. | J | T | | | | | |
| 135. Allergan Inc | A | Int./Div. | J | T | | | | | |
| 136. BP PLC ADR F | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Acct#2, next 22 items | | | | | | | | | |
| 138. Cubesmart | A | Int./Div. | J | T | | | | | |
| 139. WESTAR ENERGY | A | Int./Div. | J | T | | | J | | |
| 140. Kimberly Clark | A | Int./Div. | J | T | | | | | |
| 141. Astrazeneca PLC | A | Int./Div. | J | T | | | | | |
| 142. Automatic Data Proc | A | Int./Div. | J | T | | | | | |
| 143. Bank of Am | A | Int./Div. | J | T | | | | | |
| 144. Pacific Corp | A | Int./Div. | J | T | | | | | |
| 145. Bellsouth/AT&T | B | Int./Div. | L | T | | | | | |
| 146. Merrill Lynch Bank USA | B | Int./Div. | M | T | | | | | |
| 147. Citigroup Inc | C | Int./Div. | L | T | | | | | |
| 148. Coca Cola | A | Int./Div. | K | T | | | | | |
| 149. GE | B | Int./Div. | K | T | | | | | |
| 150. Johnson & Johnson | B | Int./Div. | L | T | | | | | |
| 151. Microsoft | B | Int./Div. | M | T | | | | | |
| 152. PACCAR | A | Int./Div. | J | T | | | | | |
| 153. Schlumberger LTD | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vodaphone Gr PLC | A | Int./Div. | K | T | | | | | |
| 155. HCP | A | Int./Div. | J | T | | | | | |
| 156. Realty Incm Fund | A | Int./Div. | J | T | | | | | |
| 157. Exxon Mobil | A | Int./Div. | J | T | | | J | | |
| 158. Seaspan | A | Int./Div. | J | T | | | | | |
| 159. Wells Fargo | A | Int./Div. | J | T | | | | | |
| 160. IRA @ Merrill Lynch next 3 items: | | | | | | | | | |
| 161. Standard & Poor Dep Rec | A | Int./Div. | L | T | | | | | |
| 162. ML Bank USA RASP | A | Int./Div. | J | T | | | | | |
| 163. Washington Trust Bank | D | Int./Div. | M | T | | | | | |
| 164. 100% Interest in fixed assets of Brett, Murphy et al | | None | N | W | | | | | |
| 165. SPDR Russell 3000 ETF | C | Int./Div. | N | T | Buy | 06/30/14 | N | | |
| 166. Peoples Bank MM Acct | B | Int./Div. | M | T | | | | | |
| 167. Peoples Bank 5 Accounts | A | Int./Div. | N | T | | | | | |
| 168. Business Condos Bellingham, Wa Whatcom County | E | Rent | O | W | | | | | |
| 169. Vanguard Fds S&P 500 | A | Int./Div. | M | T | | | | | |
| 170. LPL Defined Benefit Plan S&P 500 | C | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. .05175% Interest in Alumina Micro LLC | | None | | | Closed | 01/31/14 | J | A | |
| 172. 1/4 Remainder Trust/2 items: | | | | | | | | | |
| 173. Real Estate Wenatchee, WA | | | | | Sold | 03/25/14 | M | F | |
| 174. Real Estate Acreage, Douglas Co., Badger Mtn, WA | | | | | Sold | 03/25/14 | M | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brett, Dean R. | 09/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Unless otherwise indicated, all stock listings in Part VII are common stocks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dean R. Brett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544